**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-60201-Civ-SCOLA**

ION AUDIO, LLC

       Plaintiff,

vs.

MUSIC GROUP SERVICES US, INC.
and MUSIC GROUP IP LTD.,

       Defendants.

_____/

## Order Of Dismissal

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. For Dismissal With Prejudice, ECF No. 126).  The Court reserves jurisdiction to enforce the parties' settlement agreement. The Clerk will **close** this case.  All pending motions, if any, are **denied** as moot.

    **Done and Ordered** in chambers, at Miami, Florida, on March 19, 2014.

_____
Robert N. Scola, Jr.
United States District Judge